UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIAN WU,<br><br>      Plaintiff,<br><br>v.<br><br>LOS ANGELES ASYLUM OFFICE,<br><br>      Defendant. | Case No. 2:24-cv-05956-SB-JPR<br><br>ORDER TO SHOW CAUSE |

      Plaintiff filed this case on July 16, 2024. Dkt. No. 1. On July 7, 2024, the Court issued an order titled "Notice to Self-Represented Litigant" that set forth the service requirements for prosecuting a case against the government and set a status conference for August 16, 2024, at 8:30 a.m. in Courtroom 6C, with a report on the progress of service due by August 9, 2024. Dkt. No. 7. Plaintiff failed to file her report. Plaintiff further failed to appear at the status conference on August 16. Federal Rule of Civil Procedure 16 requires parties to appear at conferences ordered by the Court and grants the Court authority to sanction parties for failure to appear. Fed. R. Civ. P. 16(a), (f).

      Accordingly, the Court issues an order to show cause (OSC) why Plaintiff should not be sanctioned for failing to file the status report as ordered by the Court and for failing to appear at the August 16, 2024 status conference. Plaintiff shall file a written response to this order explaining the reasons for her nonappearance and providing an update on the status of service by no later than October 4, 2024. The Court sets a status conference and hearing on the OSC on October 18, 2024 at 8:30 a.m. in Courtroom 6C. Failure to timely file the required response or to appear at the status conference and OSC hearing may be construed as consent to dismissal of the case without prejudice.

Date: August 16, 2024

                                                              Stanley Blumenfeld, Jr.
                                                              United States District Judge